UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRACI N. POWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:21-CV-00694-SEP |
| | ) |
| JPMORGAN CHASE BANK, N.A. | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

On December 8, 2021, as a result of Plaintiff's continued failure to respond, appear, or otherwise prosecute her case, the Court ordered Plaintiff to show cause within 21 days why her case should not be dismissed for failure to prosecute. Doc. 17. Plaintiff has categorically failed to respond the Court's Order. "According to Rule 41(b), a district court may dismiss a case if 'the plaintiff fails to prosecute' or doesn't comply with the Federal Rules of Civil Procedure or a court order." *DiMercurio v. Malcom*, 716 F.3d 1138, 1140 (8th Cir. 2013) (quoting *Skelton v. Rapps*, 187 F.3d 902, 908 (8th Cir. 1999). For the reasons stated in the Court's previous Order, Plaintiff's failure to show cause warrants dismissal of this action.

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** with prejudice for failure to prosecute and for failure to comply with the Court's Order.

A separate Order of Dismissal will accompany this Order.

Dated this 4th day of January, 2022.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE